**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| GREGORY HUDSON, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-09-2200 |
| | § | |
| STRYKER CORPORATION, *et al.*, | § | |
| | § | |
| | § | |
| Defendants. | § | |

**ORDER**

The plaintiff has filed motions to dismiss without prejudice his claims against Astrazeneca

PLC, (Docket Entry No. 19), and Zeneca Holdings, Inc., (Docket Entry No. 20).  Neither of those

two defendants has been served with process or entered an appearance of counsel.  The motions to

dismiss are granted.

SIGNED on January 5, 2010, at Houston, Texas.

Lee H. Rosenthal
United States District Judge