IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| GREGORY HUDSON, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-09-2200 |
| | § | |
| STRYKER CORPORATION, *et al.*, | § | |
| | § | |
| Defendants. | § | |

## ORDER OF DISMISSAL

The plaintiff's motion to dismiss Stryker Corporation and Stryker Sales Corporation is granted. The claims against Stryker Corporation and Stryker Sales are dismissed without prejudice. These parties are to bear their own costs of court.

SIGNED on June 16, 2010, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge